**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34577 |
| | § | |
| JOSE M MUNOZ | § | |
| GRISELDA MUNOZ | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2015. The undersigned trustee was appointed on 10/10/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                              $16,721.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $57.03 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $3,678.62 |
   | Leaving a balance on hand of[1] | $12,985.35 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/21/2016 and the deadline for filing government claims was 07/21/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,054.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,054.24, for a total compensation of $2,054.24[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $67.18, for total expenses of $67.18.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2016                    By:   /s/ David P. Leibowitz
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-34577 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | Date Filed (f) or Converted (c): | 10/10/2015 (f) |
| For the Period Ending: | 7/26/2016 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 07/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 45 Hillman Rd, Baraboo, WI 53913 - DEBTOR SURRENDERING INTEREST, CURRENTLY HOLD A DEEDED TIMESHARE | $9,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $5.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account with Chase Bank | $1,932.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended B/C filed 12/4/15 (dkt: 16) | | | | | |
| 4 | Savings Account with Chase Bank | $1,710.86 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended B/C filed 12/4/15 (dkt: 16) | | | | | |
| 5 | Checking Account with First Merit bank | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended B/C filed 12/4/15 (dkt: 16) | | | | | |
| 6 | Used personal household furniture and goods/items | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Living Room Set | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | Used personal clothing and accessories | $250.00 | $0.00 | | $0.00 | FA |
| 9 | 2007 Nissan Pathfinder - estimated mileage 150,000 | $9,300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended B/C filed 12/4/15 (dkt: 16) Attempted to liquidate vehicle, but car determined only to be worth $1200 as it has been in 5 accidents.  Property returned to debtors. | | | | | |
| 10 | Unscheduled 2015 Tax Refund (u) | $0.00 | $13,042.38 | | $16,721.00 | FA |
| **Asset Notes:** | net value of $13,042.38 represents pro-rated estate share of income tax refund | | | | | |

**TOTALS (Excluding unknown value)**                                 **Gross Value of Remaining Assets**

                $25,997.86            $13,042.38                              $16,721.00         $0.00

**Major Activities affecting case closing:**

06/30/2016    2016 Reporting Period:

                Asset case - intercepted 2015 tax refund

                Attempted to liquidate Debtors' 2007 Nissan Pathfinder, however it had been in 5 accidents and was only worth $1200.  Asset returned to debtor.

                Claims bar date: 7/21/16, after which, claims will be reviewed, then case will be ready for TFR.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 01/31/2017 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 07/28/2016 | DAVID LEIBOWITZ | |

FORM 2

Page No: 1

Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34577 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5165 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***5166 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/19/2016 | | United States Treasury | Income Tax Refund | * | $8,598.00 | | $8,598.00 |
| | {10} | | Estate portion of 2015 refund (Griselda Munoz) $6,706.44 | 1224-000 | | | $8,598.00 |
| | {10} | | Debtor's pro-rated portion of 2015 tax refund $1,891.56 | 1224-002 | | | $8,598.00 |
| 04/19/2016 | | United States Treasury | Income Tax Refund | * | $8,123.00 | | $16,721.00 |
| | {10} | | Estate portion of 2015 refund (Jose Munoz) $6,335.94 | 1224-000 | | | $16,721.00 |
| | {10} | | Debtor's pro-rated portion of 2015 tax refund $1,787.06 | 1224-002 | | | $16,721.00 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.44 | $16,710.56 |
| 05/25/2016 | 3001 | JOSE MUOZ AND GRISELDA MUOZ | Non Estate portion of Income Tax Refund | 8500-002 | | $3,678.62 | $13,031.94 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $26.09 | $13,005.85 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.50 | $12,985.35 |
| | | | **TOTALS:** | | $16,721.00 | $3,735.65 | $12,985.35 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $16,721.00 | $3,735.65 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,721.00 | $3,735.65 | |

| For the period of 10/10/2015 to 7/26/2016 | | For the entire history of the account between 04/19/2016 to 7/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,042.38 | Total Compensable Receipts: | $13,042.38 |
| Total Non-Compensable Receipts: | $3,678.62 | Total Non-Compensable Receipts: | $3,678.62 |
| Total Comp/Non Comp Receipts: | $16,721.00 | Total Comp/Non Comp Receipts: | $16,721.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $57.03 | Total Compensable Disbursements: | $57.03 |
| Total Non-Compensable Disbursements: | $3,678.62 | Total Non-Compensable Disbursements: | $3,678.62 |
| Total Comp/Non Comp Disbursements: | $3,735.65 | Total Comp/Non Comp Disbursements: | $3,735.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit B

| Case No. | 15-34577 | Trustee Name: | David Leibowitz |
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5165 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***5166 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $16,721.00 | $3,735.65 | $12,985.35 |

**For the period of 10/10/2015 to 7/26/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $13,042.38 |
| Total Non-Compensable Receipts: | $3,678.62 |
| Total Comp/Non Comp Receipts: | $16,721.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $57.03 |
| Total Non-Compensable Disbursements: | $3,678.62 |
| Total Comp/Non Comp Disbursements: | $3,735.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2015 to 7/26/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $13,042.38 |
| Total Non-Compensable Receipts: | $3,678.62 |
| Total Comp/Non Comp Receipts: | $16,721.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $57.03 |
| Total Non-Compensable Disbursements: | $3,678.62 |
| Total Comp/Non Comp Disbursements: | $3,735.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No.: | 15-34577 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | | | | | | | | Date: 7/26/2016 |
| Claims Bar Date: | 07/21/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $67.18 | $0.00 | $0.00 | $0.00 | $67.18 |
| | DAVID LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $2,054.24 | $0.00 | $0.00 | $0.00 | $2,054.24 |

**Claim Notes:** trustee fee calculated on compensable portion of receipts

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $39.79 | $0.00 | $0.00 | $0.00 | $39.79 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $982.77 | $0.00 | $0.00 | $0.00 | $982.77 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR TD Bank, USA PO Box 248866 Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $209.63 | $0.00 | $0.00 | $0.00 | $209.63 |
| 4 | DISCOVER BANK Discover Products Inc. PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,217.42 | $0.00 | $0.00 | $0.00 | $3,217.42 |
| 5 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,855.21 | $0.00 | $0.00 | $0.00 | $1,855.21 |

| Case No. | 15-34577 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | | | | | | | | Date: 7/26/2016 |
| Claims Bar Date: | 07/21/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,730.94 | $0.00 | $0.00 | $0.00 | $1,730.94 |
| 7 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,703.64 | $0.00 | $0.00 | $0.00 | $2,703.64 |
| 8 | MERRICK BANK<br><br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $105.54 | $0.00 | $0.00 | $0.00 | $105.54 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,805.30 | $0.00 | $0.00 | $0.00 | $7,805.30 |
| 10 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $84.51 | $0.00 | $0.00 | $0.00 | $84.51 |
| 11 | AMERICAN EXPRESS CENTURION BANK<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $265.32 | $0.00 | $0.00 | $0.00 | $265.32 |
| | | | | | **$21,121.49** | **$0.00** | **$0.00** | **$0.00** | **$21,121.49** |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 15-34577 | **Trustee Name:** David Leibowitz |
| **Case Name:** MUNOZ, JOSE M AND MUNOZ, GRISELDA | **Date:** 7/26/2016 |
| **Claims Bar Date:** 07/21/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Payments to Unsecured Credit Card Holders | $19,000.07 | $19,000.07 | $0.00 | $0.00 | $0.00 | $19,000.07 |
| Trustee Compensation | $2,054.24 | $2,054.24 | $0.00 | $0.00 | $0.00 | $2,054.24 |
| Trustee Expenses | $67.18 | $67.18 | $0.00 | $0.00 | $0.00 | $67.18 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:  15-34577
Case Name:  JOSE M MUNOZ
GRISELDA MUNOZ
Trustee Name:  David P. Leibowitz

Balance on hand: $12,985.35

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,985.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David Leibowitz, Trustee Fees | $2,054.24 | $0.00 | $2,054.24 |
| David P. Leibowitz, Trustee Expenses | $67.18 | $0.00 | $67.18 |

Total to be paid for chapter 7 administrative expenses: $2,121.42
Remaining balance: $10,863.93

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $10,863.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $10,863.93

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,000.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $39.79 | $0.00 | $22.75 |
| 2 | Quantum3 Group LLC as agent for | $982.77 | $0.00 | $561.93 |
| 3 | American InfoSource LP as agent for | $209.63 | $0.00 | $119.86 |
| 4 | Discover Bank | $3,217.42 | $0.00 | $1,839.67 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $1,855.21 | $0.00 | $1,060.78 |
| 6 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $1,730.94 | $0.00 | $989.72 |
| 7 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | $2,703.64 | $0.00 | $1,545.90 |
| 8 | MERRICK BANK | $105.54 | $0.00 | $60.35 |
| 9 | PYOD, LLC its successors and assigns as assignee | $7,805.30 | $0.00 | $4,462.94 |
| 10 | Capital One NA | $84.51 | $0.00 | $48.32 |
| 11 | American Express Centurion Bank | $265.32 | $0.00 | $151.71 |

Total to be paid to timely general unsecured claims:    $10,863.93
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**