**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34577 |
| | § | |
| JOSE M MUNOZ | § | |
| GRISELDA MUNOZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $17,400.00 | Assets Exempt: | $8,597.86 |
| Total Distributions to Claimants: | $10,863.93 | Claims Discharged Without Payment: | $58,783.14 |
| Total Expenses of Administration: | $2,178.45 | | |

3) Total gross receipts of $16,721.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,678.62 (see **Exhibit 2),** yielded net receipts of $13,042.38 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $10,716.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,178.45 | $2,178.45 | $2,178.45 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $69,207.00 | $19,000.07 | $19,000.07 | $10,863.93 |
| **Total Disbursements** | $79,923.00 | $21,178.52 | $21,178.52 | $13,042.38 |

4). This case was originally filed under chapter 7 on 10/10/2015. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/14/2016</u>     By:  <u>/s/ David P. Leibowitz</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Tax Refund | 1224-000 | $16,721.00 |
| **TOTAL GROSS RECEIPTS** | | $16,721.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JOSE MUOZ AND GRISELDA MUOZ | Funds to Third Parties | 8500-002 | $3,678.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,678.62 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Value City | 4110-000 | $1,700.00 | $0.00 | $0.00 | $0.00 |
| | Wyndham Vaca | 4110-000 | $9,016.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $10,716.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Leibowitz, Trustee | 2100-000 | NA | $2,054.24 | $2,054.24 | $2,054.24 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $67.18 | $67.18 | $67.18 |
| Green Bank | 2600-000 | NA | $57.03 | $57.03 | $57.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,178.45 | $2,178.45 | $2,178.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $39.00 | $39.79 | $39.79 | $22.75 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $1,032.00 | $982.77 | $982.77 | $561.93 |
| 3 | American InfoSource LP as agent for | 7100-900 | $200.00 | $209.63 | $209.63 | $119.86 |
| 4 | Discover Bank | 7100-900 | $3,291.00 | $3,217.42 | $3,217.42 | $1,839.67 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $1,855.00 | $1,855.21 | $1,855.21 | $1,060.78 |
| 6 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $1,730.00 | $1,730.94 | $1,730.94 | $989.72 |
| 7 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $1,302.00 | $2,703.64 | $2,703.64 | $1,545.90 |
| 8 | MERRICK BANK | 7100-900 | $137.00 | $105.54 | $105.54 | $60.35 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $8,798.00 | $7,805.30 | $7,805.30 | $4,462.94 |
| 10 | Capital One NA | 7100-900 | $0.00 | $84.51 | $84.51 | $48.32 |
| 11 | American Express Centurion Bank | 7100-900 | $176.00 | $265.32 | $265.32 | $151.71 |
|  | Bank of America | 7100-000 | $6,980.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 | $4,867.00 | $0.00 | $0.00 | $0.00 |
|  | CEP America - Illinois, P.C | 7100-000 | $623.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $7,020.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $4,078.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $2,117.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 | $1,547.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/Victorias | 7100-000 | $19.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Secret |  |  |  |  |  |
| Ink from Chase | 7100-000 | $2,550.00 | $0.00 | $0.00 | $0.00 |
| Kohls/capone | 7100-000 | $109.00 | $0.00 | $0.00 | $0.00 |
| Metropolitan Advanced Rad Srvc | 7100-000 | $303.00 | $0.00 | $0.00 | $0.00 |
| Navient | 7100-000 | $180.00 | $0.00 | $0.00 | $0.00 |
| Oakbrook Surgical Center, Inc | 7100-000 | $8,502.00 | $0.00 | $0.00 | $0.00 |
| Sams Club / GEMB | 7100-000 | $5,128.00 | $0.00 | $0.00 | $0.00 |
| Syncb/sunglass Hut | 7100-000 | $168.00 | $0.00 | $0.00 | $0.00 |
| Syncb/tjx Cos Dc | 7100-000 | $1,729.00 | $0.00 | $0.00 | $0.00 |
| Syncb/value City Furni | 7100-000 | $1,755.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/ Old Navy | 7100-000 | $2,817.00 | $0.00 | $0.00 | $0.00 |
| Target Credit Card (TC) | 7100-000 | $155.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $69,207.00 | $19,000.07 | $19,000.07 | $10,863.93 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 15-34577 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | | Date Filed (f) or Converted (c): | 10/10/2015 (f) |
| For the Period Ending: | 10/14/2016 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 07/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  45 Hillman Rd, Baraboo, WI 53913 - DEBTOR SURRENDERING INTEREST, CURRENTLY HOLD A DEEDED TIMESHARE | $9,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash on hand | $5.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account with Chase Bank | $1,932.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 12/4/15 (dkt: 16) | | | | | |
| 4  Savings Account with Chase Bank | $1,710.86 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 12/4/15 (dkt: 16) | | | | | |
| 5  Checking Account with First Merit bank | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 12/4/15 (dkt: 16) | | | | | |
| 6  Used personal household furniture and goods/items | $300.00 | $0.00 | | $0.00 | FA |
| 7  Living Room Set | $1,500.00 | $0.00 | | $0.00 | FA |
| 8  Used personal clothing and accessories | $250.00 | $0.00 | | $0.00 | FA |
| 9  2007 Nissan Pathfinder - estimated mileage 150,000 | $9,300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended B/C filed 12/4/15 (dkt: 16) Attempted to liquidate vehicle, but car determined only to be worth $1200 as it has been in 5 accidents.  Property returned to debtors. | | | | | |
| 10  Unscheduled 2015 Tax Refund    (u) | $0.00 | $13,042.38 | | $16,721.00 | FA |
| **Asset Notes:** net value of $13,042.38 represents pro-rated estate share of income tax refund | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                            **Gross Value of Remaining Assets**

$25,997.86          $13,042.38          $16,721.00          $0.00

**Major Activities affecting case closing:**

Case 15-34577  Doc 41  Filed 10/28/16  Entered 10/28/16 11:42:14  Desc Main
Document      Page 7 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit 8

| Case No.: | 15-34577 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | | Date Filed (f) or Converted (c): | 10/10/2015 (f) |
| For the Period Ending: | 10/14/2016 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 07/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2016    2016 Reporting Period:

Asset case - intercepted 2015 tax refund

Attempted to liquidate Debtors' 2007 Nissan Pathfinder, however it had been in 5 accidents and was only worth $1200.  Asset returned to debtor.

Claims bar date: 7/21/16, after which, claims will be reviewed, then case will be ready for TFR.

**Initial Projected Date Of Final Report (TFR):**   01/31/2017          **Current Projected Date Of Final Report (TFR):**   07/28/2016          /s/ DAVID LEIBOWITZ

                                                                                                                        DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-34577 | |
| **Case Name:** | MUNOZ, JOSE M AND MUNOZ, GRISELDA | |
| **Primary Taxpayer ID #:** | **-***5165 | |
| **Co-Debtor Taxpayer ID #:** | **-***5166 | |
| **For Period Beginning:** | 10/10/2015 | |
| **For Period Ending:** | 10/14/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/19/2016 | | United States Treasury | Income Tax Refund | * | $8,598.00 | | $8,598.00 |
| | {10} | | Estate portion of 2015 refund (Griselda Munoz)  $6,706.44 | 1224-000 | | | $8,598.00 |
| | {10} | | Debtor's pro-rated portion of 2015 tax refund  $1,891.56 | 1224-002 | | | $8,598.00 |
| 04/19/2016 | | United States Treasury | Income Tax Refund | * | $8,123.00 | | $16,721.00 |
| | {10} | | Estate portion of 2015 refund (Jose Munoz)  $6,335.94 | 1224-000 | | | $16,721.00 |
| | {10} | | Debtor's pro-rated portion of 2015 tax refund  $1,787.06 | 1224-002 | | | $16,721.00 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $10.44 | $16,710.56 |
| 05/25/2016 | 3001 | JOSE MUOZ AND GRISELDA MUOZ | Non Estate portion of Income Tax Refund | 8500-002 | | $3,678.62 | $13,031.94 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $26.09 | $13,005.85 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.50 | $12,985.35 |
| 09/14/2016 | 3002 | David Leibowitz | Trustee Compensation | 2100-000 | | $2,054.24 | $10,931.11 |
| 09/14/2016 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $67.18 | $10,863.93 |
| 09/14/2016 | 3004 | Quantum3 Group LLC as agent for | Amount Claimed: 39.79;  Distribution Dividend: 57.18; Claim #: 1; Dividend: 0.17; Amount Allowed: 39.79; Notes: ; | 7100-900 | | $22.75 | $10,841.18 |
| 09/14/2016 | 3005 | Quantum3 Group LLC as agent for | Amount Claimed: 982.77;  Distribution Dividend: 57.18; Claim #: 2; Dividend: 4.32; Amount Allowed: 982.77; Notes: ; | 7100-900 | | $561.93 | $10,279.25 |
| 09/14/2016 | 3006 | American InfoSource LP as agent for | Amount Claimed: 209.63;  Distribution Dividend: 57.18; Claim #: 3; Dividend: 0.92; Amount Allowed: 209.63; Notes: ; | 7100-900 | | $119.86 | $10,159.39 |
| 09/14/2016 | 3007 | Discover Bank | Amount Claimed: 3,217.42;  Distribution Dividend: 57.18; Claim #: 4; Dividend: 14.16; Amount Allowed: 3,217.42; Notes: ; | 7100-900 | | $1,839.67 | $8,319.72 |
| 09/14/2016 | 3008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Amount Claimed: 1,855.21;  Distribution Dividend: 57.18; Claim #: 5; Dividend: 8.16; Amount Allowed: 1,855.21; Notes: ; | 7100-900 | | $1,060.78 | $7,258.94 |
| | | | **SUBTOTALS** | | **$16,721.00** | **$9,462.06** | |

**FORM 2** Page No: 2  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-34577 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5165 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***5166 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/14/2016 | 3009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Amount Claimed: 1,730.94;  Distribution Dividend: 57.18; Claim #: 6; Dividend: 7.62; Amount Allowed: 1,730.94; Notes: ; | 7100-900 | | $989.72 | $6,269.22 |
| 09/14/2016 | 3010 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Amount Claimed: 2,703.64;  Distribution Dividend: 57.18; Claim #: 7; Dividend: 11.90; Amount Allowed: 2,703.64; Notes: ; | 7100-900 | | $1,545.90 | $4,723.32 |
| 09/14/2016 | 3011 | MERRICK BANK | Amount Claimed: 105.54;  Distribution Dividend: 57.18; Claim #: 8; Dividend: 0.46; Amount Allowed: 105.54; Notes: ; | 7100-900 | | $60.35 | $4,662.97 |
| 09/14/2016 | 3012 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 7,805.30;  Distribution Dividend: 57.18; Claim #: 9; Dividend: 34.36; Amount Allowed: 7,805.30; Notes: ; | 7100-900 | | $4,462.94 | $200.03 |
| 09/14/2016 | 3013 | Capital One NA | Amount Claimed: 84.51;  Distribution Dividend: 57.18; Claim #: 10; Dividend: 0.37; Amount Allowed: 84.51; Notes: ; | 7100-900 | | $48.32 | $151.71 |
| 09/14/2016 | 3014 | American Express Centurion Bank | Amount Claimed: 265.32;  Distribution Dividend: 57.18; Claim #: 11; Dividend: 1.16; Amount Allowed: 265.32; Notes: ; | 7100-900 | | $151.71 | $0.00 |

SUBTOTALS  $0.00  $7,258.94

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3   Exhibit 9

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 15-34577 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MUNOZ, JOSE M AND MUNOZ, GRISELDA | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***5165 | | **Checking Acct #:** | ******7701 |
| **Co-Debtor Taxpayer ID #:** | **-***5166 | | **Account Title:** | |
| **For Period Beginning:** | 10/10/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/14/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| | | | **TOTALS:** | | $16,721.00 | $16,721.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $16,721.00 | $16,721.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,721.00 | $16,721.00 | |

| For the period of 10/10/2015 to 10/14/2016 | | For the entire history of the account between 04/19/2016 to 10/14/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,042.38 | Total Compensable Receipts: | $13,042.38 |
| Total Non-Compensable Receipts: | $3,678.62 | Total Non-Compensable Receipts: | $3,678.62 |
| Total Comp/Non Comp Receipts: | $16,721.00 | Total Comp/Non Comp Receipts: | $16,721.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,042.38 | Total Compensable Disbursements: | $13,042.38 |
| Total Non-Compensable Disbursements: | $3,678.62 | Total Non-Compensable Disbursements: | $3,678.62 |
| Total Comp/Non Comp Disbursements: | $16,721.00 | Total Comp/Non Comp Disbursements: | $16,721.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4       Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34577 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MUNOZ, JOSE M AND MUNOZ, GRISELDA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5165 | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | **-***5166 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|   |   | $16,721.00 | $16,721.00 | $0.00 |

**For the period of 10/10/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $13,042.38 |
| Total Non-Compensable Receipts: | $3,678.62 |
| Total Comp/Non Comp Receipts: | $16,721.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $13,042.38 |
| Total Non-Compensable Disbursements: | $3,678.62 |
| Total Comp/Non Comp Disbursements: | $16,721.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2015 to 10/14/2016**

| | |
|---|---|
| Total Compensable Receipts: | $13,042.38 |
| Total Non-Compensable Receipts: | $3,678.62 |
| Total Comp/Non Comp Receipts: | $16,721.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $13,042.38 |
| Total Non-Compensable Disbursements: | $3,678.62 |
| Total Comp/Non Comp Disbursements: | $16,721.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ